JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the matter of; <br><br> DIRK D. WAYNE, <br><br>           Plaintiff, <br><br>      v. <br><br> INTERBANK MORTGAGE WHOLESALE, DBA CHICAGO MORTGAGE SOLUTIONS INC., <br><br>           Defendant. | **CASE NO. 5:14-cv-00495-JGB-DTB** <br><br> Honorable Jesus G. Bernal <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL** <br><br> **Fed. R. Civ. P. 41(a)(1)** |

ORDER OF DISMISSAL

17218482v.1

**ORDER**

Based on the Stipulation of Dismissal, and for good cause shown, IT IS HEREBY ORDERED:

The entire action is dismissed with prejudice, each party to bear their own costs and fees.

DATED: MAY 14, 2014

Honorable Jesus G. Bernal
United States District Judge

17218482v.1